**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM FINNEGAN, | Case No. 4:20-cv-07580-EMC |
| Plaintiff, | [~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | Complaint Filed:  October 28, 2020<br>Response Date:  January 8, 2021<br>Trial Date:  None<br>District Court Judge:  Edward M. Chen |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, LINCOLN FINANCIAL GROUP, STANFORD HEALTH CARE LONG TERM DISABILITY BENEFITS PLAN, | |
| Defendants. | |

**[~~PROPOSED~~] ORDER**

The Court, having considered the parties' Stipulation of Dismissal with Prejudice, and good cause appearing therefor, hereby orders as follows:

This action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _July 16_____, 2021

_____
Edward M. Chen
United States District Court Judge